Document ID: 625ad575adfdb08b72de83fc31eb476ec04e86cff3294ea59b953690ac137fcc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jonathan W Fowler          BK NO. 24-02835 HWV
       Brittany E Fowler

                   Debtor(s)              Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Village Capital & Investment LLC and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
06 Nov 2024, 13:38:20, EST

                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       215-627-1322