Certificate Number: 03621-PAM-DE-039245778

Bankruptcy Case Number: 24-02835


03621-PAM-DE-039245778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2025, at 8:14 o'clock PM EST, Jonathan W Fowler completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 15, 2025

By: /s/Kate Casique

Name: Kate Casique

Title: Credit Counselor