United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jonathan W Fowler  
Brittany E Fowler  
    Debtors

Case No. 24-02835-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 20, 2025      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jonathan W Fowler, Brittany E Fowler, 27 Pheasant Ridge Road, Hanover, PA 17331 |
| 5665734 | + | Diverse Funding, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 5665733 | + | Diverse Funding, Attn: Bankruptcy, 2351 North Forest Road, Suite 110, Getzelle, NY 14068-9902 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 20 2025 23:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 18:46:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5665727 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2025 18:46:18 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5665728 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2025 18:46:30 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5665729 | + | EDI: CAPONEAUTO.COM | Feb 20 2025 23:43:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5665729 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 20 2025 18:46:30 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5665730 | | EDI: CAPONEAUTO.COM | Feb 20 2025 23:43:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 5665730 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 20 2025 19:03:53 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 5666759 | + | EDI: AISACG.COM | Feb 20 2025 23:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5666759 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 19:03:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5665732 | + | EDI: DISCOVER | Feb 20 2025 23:43:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5665731 | + | EDI: DISCOVER | Feb 20 2025 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5665733 | ^ | MEBN | Feb 20 2025 18:42:17 | Diverse Funding, Attn: Bankruptcy, 2351 North Forest Road, Suite 110, Getzelle, NY 14068-9902 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5665734 | ^ | MEBN | Feb 20 2025 18:42:16 | Diverse Funding, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 5665736 | + | EDI: JPMORGANCHASE | Feb 20 2025 23:43:00 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 5665736 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2025 19:04:23 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 5665735 | + | EDI: JPMORGANCHASE | Feb 20 2025 23:43:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5665735 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2025 19:04:24 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5665738 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 18:47:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5665737 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 18:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5665742 | + | EDI: NFCU.COM | Feb 20 2025 23:44:00 | Navy Fcu, Po Box 3700, Merrifield, VA 22119-3700 |
| 5665741 | + | EDI: NFCU.COM | Feb 20 2025 23:44:00 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5665739 | + | EDI: NFCU.COM | Feb 20 2025 23:44:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5665743 | + | EDI: NFCU.COM | Feb 20 2025 23:44:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5665744 | + | EDI: NFCU.COM | Feb 20 2025 23:44:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 5665746 | | EDI: PRA.COM | Feb 20 2025 23:43:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5665745 | | EDI: PRA.COM | Feb 20 2025 23:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5666337 | | EDI: PENNDEPTREV | Feb 20 2025 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5666337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5665748 | ^ | MEBN | Feb 20 2025 18:42:19 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5665747 | + | EDI: SYNC | Feb 20 2025 23:43:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5665747 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 19:04:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5665750 | + | EDI: SYNC | Feb 20 2025 23:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5665750 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 18:46:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5665751 | + | EDI: SYNC | Feb 20 2025 23:43:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5665751 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 18:47:02 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5665753 | | Email/Text: bk@villagecapital.com | Feb 20 2025 18:47:00 | Village Capital & Investments, Llc, 2550 Paseo Verde Parkway, Henderson, NV 89074 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5665752 | | Email/Text: bk@villagecapital.com | Feb 20 2025 18:47:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 5665754 | + | Email/Text: support@ymalaw.com | Feb 20 2025 18:47:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5665749 | | Syncb/walmart |
| 5665740 | *+ | Navy Fcu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Village Capital & Investment LLC blemon@kmllawgroup.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Paul H. Young | on behalf of Debtor 1 Jonathan W Fowler ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| Paul H. Young | on behalf of Debtor 2 Brittany E Fowler ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jonathan W Fowler <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4907 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Brittany E Fowler <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4589 <br> EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:24-bk-02835-HWV | | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan W Fowler          Brittany E Fowler

2/20/25

**By the court:**   *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2